IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>EPIQ FOOD HALL WOODBRIDGE, LLC, et al., )<br>)<br>*Defendants.* )<br>) | Civil Action No. 1:24-cv-1518 (PTG/WBP) |

**DEFENDANT, 4 BROTHERS PROPERTIES, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS TO DEFENDANT 4 BROTHERS PROPERTIES, LLC**

COMES NOW, Defendant 4 Brothers Properties, LLC, by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully files this Motion to Dismiss Plaintiff's Complaint as to 4 Brothers Properties, LLC.

The grounds for this motion are set forth more fully in the attached memorandum incorporated by reference herein. A proposed order is also attached for the Court's consideration.

Date:   October 29, 2024

Respectfully submitted,

_____/s/_____
Bryan K. Short, Esq. (VSB No. 68655)
Effectus PLLC
800 Connecticut Avenue, NW, Suite 300
Washington, DC 20006
Tel: (202) 888-2107
Fax: (202) 509-0262
bryanshort@effectus.legal
*Counsel for Defendant, 4 Brothers Properties, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, a true copy of the foregoing MOTION TO DISMISS PLAINTIFF'S COMPLAINT was filed electronically with the Clerk of Court via the CM/ECF system, which will send a notification of such filing to the following:

MARIA LUISA MOROCCO (VSB No. 94043)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Assistant Regional Attorney
Washington Field Office
131 M Street, NE,
Suite 4NW02F
Washington, DC 20507
Phone: (202) 921-4287
Fax: (202) 827-2349
maria.morocco@eeoc.gov
*Counsel for Plaintiff*

CHRISTINE T. JOHNSON (DC Bar No. 1739030)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Trial Attorney
Washington Field Office
131 M Street, NE,
Suite 4NW02F
Washington, DC 20507
Phone: (202) 921-4287
Fax: (202) 827-2349
christine.t.johnson@eeoc.gov
*Counsel for Plaintiff*

Date:   October 29, 2024                _____/s/_____
                                                                            Bryan K. Short, Esq. (VSB No. 68655)
Effectus PLLC
800 Connecticut Avenue, NW, Suite 300
Washington, DC 20006
Tel: (202) 888-2107
Fax: (202) 509-0262
bryanshort@effectus.legal
*Counsel for Defendant, 4 Brothers Properties, LLC*